NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIELLA B. MASON
(SUBSTITUTED FOR KENNETH B. MASON),**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS
AFFAIRS,**
*Respondent-Appellee,*

AND

**FREDERICK TRAWICK,**
*Intervenor.*

---

2012-7042

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2969, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**ORDER**

The appellant moves without opposition to substitute Mariella B. Mason as the appellant.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

SEP 0 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  James B. Sweet, Esq.
     Michael J. Schaengold, Esq.
     Kenneth M. Carpenter, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 7 2012

JAN HORBALY
CLERK